IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| XAVIER I. RAMOS, : | |
| : | |
| Petitioner : | |
| : | CIVIL ACTION NO. 3:CV-17-1426 |
| v. : | |
| : | (Judge Caputo) |
| COURT OF COMMON PLEAS OF : | |
| LEBANON PENNSYLVANIA, *et al.*, : | |
| : | |
| Respondents : | |

**O R D E R**

**AND NOW**, this **17th** day of **NOVEMBER, 2017**, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. In accordance with Mr. Ramos' Notice of Election (ECF No. 6) to discontinue this action, the instant petition is **DEEMED WITHDRAWN**.

2. Mr. Ramos' petition for writ of habeas corpus (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

3. Mr. Ramos may file another § 2254 petition raising all grounds for relief form his conviction within the applicable one (1) year statutory period prescribed by 28 U.S.C. § 2254(d)(1).

4. There is no basis for the issuance of a Certificate of Appealability.

5. The Clerk of Court is directed to **CLOSE** this case.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**